United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Henrietta Fitikas, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-16-1205 |
| | § | |
| Columbia Pipeline Group, et al, | § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Notice of Dismissal filed on September 7, 2016, the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this ____9____ day of September, 2016.


_____
DAVID HITTNER
United States District Judge